< Messages  **Brian C. Coester**



We've never met and I don't know why you got a problem with me but trust me when I say you're being used in a big way. Free advice is worth what you pay for it but you've been fed lies and used as a pawn. Don't do the dirty work for someone else.

1/8/17, 10:33 PM



People will do amazing things to try and get money from me.

1/8/17, 10:34 PM

Then why did you do what you did to me? 

1/8/17, 10:38 PM

 What did I do?

1/8/17, 10:38 PM

You're right I don't know you. I don't care to. What did you do? You know. Don't play games with me. 

Direct Message                          Send

‹ Messages     **Brian C. Coester**     

 Responding to your fuss about Georgia? Emailing you for emailing our clients with something completely made up that someone used you to send out so we would settle in his favor?

1/8/17, 10:42 PM

 You can look it up on google who owns every email account it's never private

1/8/17, 10:43 PM



Emailing me???  Hmmm.  Look I ain't got any money.  Don't care for yours.  Have a new dog.  Have a new wife.  Gonna try and have a kid.  Wow.  Brian.  I have screen shots from gmail that show my email accounts accessed from an IP address and a place in ROCKVILLE.  gmail alerts you when the account is accessed from a device other then yours that you didn't give access to.  I have that.  I contacted Comcast the internet service provider and filed an investigation.  I also went to the FBI.  I have screen shots of access to my BUSINESS email account

Direct Message                              Send

    


of my email accounts being illeagaly accessed from a device in Rockville md 2 min before you emailed me. I had the IP address noted and traced to Rockville md 5 min after you emailed me that you verified an account owned by me. I have security. Maybe it wasn't you. it's really a coincidence that both emails had the same password and both got accessed by someone in Rockville md one 2 min prior to your email and my business one just after that for 2 hours. I'm awaiting the investigation results by Comcast and the FBI.

1/8/17, 10:52 PM

 Well congrats on the dog. I just got a puppy as well, and a new wife.. kids can wait a few but regardless. I don't have a clue what you're talking about other then you sent an email to Dave, Dave sent it to me and I sent it to my IT who said it was you. I've never had a problem with you nor would I have a problem with you.

1/8/17, 10:58 PM



Direct Message          Send

    



**‹ Messages**  **Brian C. Coester**


Also what you sent out was completely made up and you're being fed this and I don't know why you're taking the bait.

1/8/17, 11:00 PM

That's fine brian.  Then talk to your it department.  I have the screen shots and more coming from Rockville MD and your email right after.  It's done with us.  You do your thing and I'll do mine. No more interference or anything.  I wish you the best and the business. Congrats on the dog and wife.  Yes kids for me to can wait but the wife is eager. 

1/8/17, 11:06 PM

Ill leave all alone and that's it.   If you ever want to talk call me.  My number is on your company panel. 

1/8/17, 11:09 PM


For sure

1/8/17, 11:13 PM

Direct Message                                    Send


 I'll be in ATL on Tuesday
1/8/17, 11:13 PM

 I wish you the best as well Mark
1/8/17, 11:14 PM

Call me. I'll meet up with ya. 
1/8/17, 11:16 PM

 Will do
1/8/17, 11:28 PM

 It was obviously a very irritating situation considering the allegations were made up completely and intentionally targeted our clients. I just assumed you were emailing more people the only one I got was from Dave.
1/10/17, 10:07 PM

Ok. It's cool. Just was asking. All is 

Direct Message                    Send



Ok. It's cool. Just was asking. All is good. Hope you had a good time here in the ATL. again if ya ever want to chat hit me up.

1/10/17, 10:11 PM



Thanks for taking the time to chat. I appreciate that a lot.

1/10/17, 10:12 PM



I'm just still at odds over the access of my accounts, the ip trace to Rockville md and Comcast's investigation which was the service provider used to gain access to my accounts. You said it was your IT dept. I'll be more then happy to share the screen shots.

1/10/17, 10:18 PM



Illegal entering into someone's email accounts is a crime and a federal crime. I'm just still really creeped out over this.

1/10/17, 10:19 PM

Direct Message                                      Send



< Messages   **Brian C. Coester**


Yeah I get it
1/10/17, 10:20 PM


And next time for sure I was crunched for time
1/10/17, 10:21 PM


Do you do business with Ameris Bank?
1/10/17, 10:21 PM


They have a panel, no AMC work. We do there wholesale 800 units a month all in GA would be a good account for an appraiser to have
1/10/17, 10:22 PM


There retail is big 700, wholesale only like 100
1/10/17, 10:22 PM


But I could get you on there internal panel

Direct Message   Send



 But I could get you on there internal panel

1/10/17, 10:23 PM

Never did any work for them. Always up for new challenges and work for sure but the pay needs to be right. 

1/10/17, 10:24 PM

Sending you an email

1/10/17, 11:02 PM

 Mark, I have no reason to read your emails nor would I.

1/11/17, 8:03 AM

 spokeo.com/email-search?g...

1/11/17, 8:03 AM

 You can look up who owns any email account. We don't use this service but all of this is public information

1/11/17, 8:04 AM

Direct Message — Send



all of this is public information

1/11/17, 8:04 AM



Yep you can. But he issue is this. My name wasn't attached to the email address. Only an emergency back up phone number that is only accessible if you can get into account. Look. I sent you and email. Facts are facts. I have a lot more info and I'm getting more about it. Maybe it wasn't you directly but the picture is becoming pretty clear

1/11/17, 8:10 AM



Mark, no one wants to look through your emails. Nor could anyone hack google. If anyone could hack google they'd go work for Russia man. And we don't have anyone that could or would do that. Anyone can go and look up who owns the email. I'd be freaked out to but no one is that good to hack gmail which has billions in security controls.

1/11/17, 8:15 AM

Direct Message                    Send

    

 Messages　　**Brian C. Coester**　　



> Ok.   Well I sent you an email with screen shots.  I have proof.  I have more proof coming. You CANT just google an email address and know who it belongs to. Look I have a family member who is into computer clever security for IBM and also a friend who once owned a computer security firm that was sold to ibm.  I'm not a computer stupid person.  I know way more then the average person.  I have a lot of info brian.  I know what happened.  That's all.   So I'll leave it at this. I may pursue criminal charges on the person who hacked into my emails.

1/11/17, 8:24 AM



> I just want the truth.   Ok. I'm done. I have to go do some inspections.

1/11/17, 8:31 AM



> I'll intro you to the people at AmerisBank tomorrow they'll get you setup

1/11/17, 7:54 PM

Direct Message　　　　　　　　　Send

