# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARK SKAPINETZ, | * | |
| *Plaintiff* | * | |
| vs. | * | Case No: 8:17-cv-01098 PX |
| COESTERVMS.COM, INC., et al., | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO SEAL MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local Rule 105.11, Defendant CoesterVMS.com., Inc. ("VMS"), by undersigned counsel, moves this Court to seal the Motion of Kenneth Frank (the "Motion") to Withdraw Appearance as Counsel for Defendant CoesterVMS.com, Inc. (ECF #90), and in support thereof states as follows:

1. The Motion contains highly sensitive and confidential information which if made public could have a material adverse effect on VMS.

2. Unredacted copies of the Motion and all exhibits were provided to all parties to this case and they will not be prejudiced if this Court's grants the Motion.

3. No public interest would be served by the disclosure of the contents of the Motion.

WHEREFORE, Defendant CoesterVMS.com, Inc, respectfully requests this Court grant this motion to seal, and permit the Motion to be filed and maintained under seal.

/s/Kenneth B. Frank
Kenneth B. Frank (Bar # 04883)
Kenneth B. Frank, PA
1808 Dixon Road
Baltimore, Maryland 21209
kenny@kennyfrank.net
Office: 443-345-2600
Cell:  443-691-3600
*Counsel to CoesterVMS.com.Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January 2019, copies of this Motion to Seal Motion to Withdraw Appearance of Counsel and exhibits thereto were served via electronic mail on all counsel of record.

/s/Kenneth B. Frank
Kenneth B. Frank (Bar # 04883)
