UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MARK SKAPINETZ
    Plaintiff,

v.                                                                Civil Action No. 17-cv-1098-PX

COESTERVMS.COM, INC., et al.
    Defendants.

## PRETRIAL SCHEDULING ORDER

For the reasons stated during today's scheduling conference, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| November 16, 2020 | Parties shall exchange exhibits and witness lists. |
| December 7, 2020 | Parties shall submit joint exhibits which will be admitted into evidence and proposed exhibits for each party, indicating to the Court which exhibits are subject to objection and the basis for such objections. The Court will provide further instruction for uploading exhibits. |
| December 14, 2020 | Virtual bench trial begins. Expected length, three days (9:30 a.m. – 4:30 p.m.). |

Dated: October 7, 2020                               /S/
                                                              Paula Xinis
                                                               United States District Judge