## MARK SKAPINETZ

vs.

## BRIAN COESTER

**Civil No. PX 17-1098**                                    **Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| Joint Exhibits | | | |
| J1 |  | 12/14/2020 | RPD response |
| J2 |  | 12/14/2020 | Corrected RFA response |
| J3 |  | 12/14/2020 | 2nd RFA response |
| J4 |  | 12/14/2020 | CoesterVMS IROG response |
| J5 |  | 12/14/2020 | Coester IROG response |
| J6 |  | 12/14/2020 | 1st Sup to IROG response |
| J7 |  | 12/14/2020 | 2nd Sup to IROG response |
| J8 |  | 12/14/2020 | Order on non-discharge |
| J9 |  | 12/14/2020 | Coester emails to Skapinetz |
| J10 |  | 12/14/2020 | Coester email to Abraham |
| J11 |  | 12/14/2020 | Privilege logs |
| J12 |  | 12/14/2020 | Attorney timesheets & summary filed with MDJ |
| J13 |  | 12/14/2020 | CyberLaw timesheet post-MDJ |
| J14 |  | 12/14/2020 | Cooper timesheet post-MDJ |
| J15 |  | 12/14/2020 | Laffey Matrix |
| Plaintiff's Exhibits | | | |
| P1 |  |  | Frank Letter |
| P2 |  | 12/14/2020 | Sales Force Profile |
| P3 |  |  | NC Consent Order |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| P4 | | 12/14/2020 | **Coester Discipline** |
| P5 | | | **Coester Violations** |
| P6 | | | **Coester noncompliance** |
| P7 | | | **Expert report** |
| P8 | | 12/14/2020 | **Coester sanctions** |
| P9 | | | **Frank retainer** |
| P10 | | | **Moody retainer** |
| P11 | | | **Legal invoice 1** |
| P12 | | | **Legal invoice 2** |
| P13 | | | **CoesterVMS transactions** |
| P14 | | 12/14/2020 | **CoesterVMS financials** |
| P15 | | | **SDAT record** |
| P16 | | | **SDAT record2** |
| P17 | | | **SDAT record3** |
| P18 | | | **Photo REC launch** |
| P19 | | | **Bright depos extracts** |
| P20 | | 12/14/2020 | **REC P&L** |
| P21 | | 12/14/2020 | **Coester depos extracts** |
| P22 | | | **N/A** |
| P23 | | | **Coester article web** |
| P24 | | | **Coester article text** |
| P25 | | | **Coester interview article** |
| P26 | | | **Coester article web** |
| P27 | | | **Coester news screenshot1** |
| P28 | | | **Coester news screenshot2** |
| P29 | | | **Coester news screenshot3** |
| P30 | | | **Coester PR videos** |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| P31 | | | Coester news video1 |
| P32 | | | Coester news video2 |
| P33 | | | Coester news video3 |
| P34 | | | Coester news video4 |
| P35 | | | Coester-Carson PR1 |
| P36 | | | Coester-Carson PR2 |
| P37 | | | Coester-Carson PR3 |
| P38 | | | Coester draft motion |
| P39 | | | N/A |
| P40 | | | N/A |
| P41 | | | Burner phone photo1 |
| P42 | | | Burner phone photo2 |
| P43 | | | Coester fraud policy |
| P44 | | 12/14/2020 | Coester email policy |
| P45 | | | Coester truthfulness policies |
| P46 | | 12/14/2020 | REC website |
| P47 | | | REC new website |
| P48 | | 12/14/2020 | REC portal |
| P49 | | | REC website2 |
| P50 | | | REC ownership |
| P51 | | 12/14/2020 | REC bank statement1 |
| P52 | | | REC bank statement2 |
| P53 | | 12/14/2020 | Copies of Twitter Exchange |
| P54 | 12/14/2020 | | Coester Deposition |
| P55 | | | Plaintiff's Motion for Partial Summary Judgment |
| P56 | | | Summary Judgment Opinion |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---:|
| P57 | | | Mr. Frank's Show Cause Response w/ attachment |
| P58 | | | Plaintiff's Motion for Sanctions |
| P59 | | | Order for Sanctions |
| P60 | | | Transcript of Bankruptcy Proceeding |
| P61 | | 12/29/2020 | Chapter 7 Statement of Your Current Monthly Income |

Exhibit List (Rev. 3/1999)