IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| MARK SKAPINETZ, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 8:17-cv-01098-PX |
| | ) |
| COESTERVMS.COM, INC., ET AL. | ) |
| | ) |
| Defendants | ) |

## CONSENT MOTION FOR POST-HEARING BRIEFING SCHEDULE

As directed by the Court, attorneys for the Plaintiff Mark Skapinetz and the

Defendant Brian Coester have conferred about a briefing schedule after the hearing on

damages in this case.  Both parties agree to the following schedule:

January 21, 2021     Plaintiff Mark Skapinetz' post-hearing brief due.

February 8, 2021     Defendant Brian Coester's post-hearing brief due.

WHEREFORE, undersigned counsel moves that the Court adopt this schedule.

Respectfully submitted,


_____/s/_____
Curtis B. Cooper, Esq., (#28060)
The Law Office of Curtis Cooper, LLC
1340 Smith Avenue, Ste. 200
Baltimore, MD  21209
curtis@curtiscooperlaw.com
(410) 825-4030; (410) 510-1831 [fax]
*Co-Counsel for Plaintiff Mark Skapinetz*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this <u>29th</u> day of December, 2020, the foregoing Consent Motion for Post-Hearing Briefing Schedule was served by the Court's CM/ECF system on Richard B. Rosenblatt, Esq. and Linda Dorney, Esq., as counsel for Defendant Brian Coester.

_____/s/_____
Curtis B. Cooper, Esq., (#28060)